IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Joshua Luger and<br>Warrior Wash & Emporium, LLC,<br><br>   Plaintiffs,<br><br> vs.<br><br>United States of America, United States<br>Department of the Interior, Doug Burgum,<br>in his official capacity as Secretary of the<br>U.S. Department of the Interior, Murray<br>Spence, Individually, and Waylon Bad<br>Hand, Individually,<br><br>   Defendants. | **ORDER**<br><br><br><br>Case No. 1:25-cv-193 |

On motion by Defendants, the court issued an order on October 15, 2025, staying this action due to lapse of appropriations for the Department of Justice. (Doc. No. 10).

On November 14, 2025, Defendants filed a Notice of Restoration of Federal Funding and Motion for Extension of Time to Answer or Otherwise Respond. (Doc. Nos. 11 and 12). As the Department of Justice's funding has been restored, the stay is lifted and Defendants' motion (Doc. No. 11) is **GRANTED**. Defendants shall have until December 16, 2025, file an answer or otherwise respond to Plaintiffs' Complaint.

  **IT IS SO ORDERED.**

  Dated this 17th day of November, 2025.

                */s/ Clare R. Hochhalter*
                Clare R. Hochhalter, Magistrate Judge
                United States District Court